**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eagle Manufacturing, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Northwest Manufacturing, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1672617** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **600 Polk Ave SW**<br>**Red Lake Falls, MN 56750**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Red Lake**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Eagle Manufacturing, Inc.**                              Case number (*if known*) _____

Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

Debtor    **Eagle Manufacturing, Inc.**                                    Case number (*if known*) _____
          Name

**11.  Why is the case filed in**        *Check all that apply:*
       *this district?*
                                  ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                     preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■ No
       **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard?  _____

                                    ☐  It needs to be physically secured or protected from the weather.

                                    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other  _____

                                    **Where is the property?**  _____
                                                                Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.    Insurance agency  _____
                                              Contact name  _____
                                              Phone  _____

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of**      .    *Check one:*
       **available funds**
                                  ■  Funds will be available for distribution to unsecured creditors.

                                  ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**      ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
       **creditors**              ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                  ■ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**         ☐ $0 - $50,000            ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million ☐ More than $50 billion

Debtor  **Eagle Manufacturing, Inc.**                                    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2020**
MM / DD / YYYY

X **/s/ Ronald Gagner**                                    **Ronald Gagner**
Signature of authorized representative of debtor          Printed name

Title    **CFO**

---

**18. Signature of attorney**

X **/s/ Kenneth C. Edstrom**                    Date  **November  6, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**Kenneth C. Edstrom 148696**
Printed name

**Sapientia Law Group**
Firm name

**120 S 6th St Ste 100**
**Minneapolis, MN 55402**
Number, Street, City, State & ZIP Code

Contact phone  **6127567100**        Email address  **kene@sapientialaw.com**

**148696 MN**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  6, 2020**      **X /s/ Ronald Gagner**
                                          Signature of individual signing on behalf of debtor

                                          **Ronald Gagner**
                                          Printed name

                                          **CFO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Eagle Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Northern Plains Steel** 3801 15th Ave North Fargo, ND 58102 | | | | | | $273,669.20 |
| **Taco, Inc.** PO Box 845637 Boston, MA 02284-5637 | | | | | | $177,307.23 |
| **Small Business Administration** 14925 Kingsport Rd Fort Worth, TX 76155 | | **PPP Loan (forgiveness applied for** | | | | $133,100.00 |
| **St Hilaire Supply Co.** 211 Broadway Ave N St Hilaire, MN 56754 | | | | | | $121,267.53 |
| **Northland Steel & Trim** 9262 93rd Ave SE Fullerton, ND 58441-9774 | | | | | | $75,546.93 |
| **P-Tech USA** 1632 Hobbs Dr, Unit B Delavan, WI 53115 | | | | | | $57,763.33 |
| **US Bank** PO Box 108 St. Louis, MO 63166-0108 | | **Company account with multiple cardholders. 308,721 travel points balance.** | | | | $50,952.00 |
| **H-O-H Water Technology, Inc.** PO Box 487 Palatine, IL 60078-0487 | | | | | | $43,300.55 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Eagle Manufacturing, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Young Mfg, Inc.** 2331 N 42nd St Grand Forks, ND 58203 | | | | | | $34,530.09 |
| **Selkirk Corporation** PO Box 732689 Dallas, TX 75373-2689 | | | | | | $32,503.23 |
| **Badger Insulated Pipe LLC** W8359 State Rd 82 W Mauston, WI 53948 | | | | | | $32,270.00 |
| **Emerson Comm'l & Res Solutions** 1065 Big Shanty Rd NW Kennesaw, GA 30144-7038 | | | | | | $20,054.70 |
| **Heat Transfer Group, Inc.** 2211-C Fifth Avenue Ronkonkoma, NY 11779 | | | | | | $18,474.08 |
| **Red Lake County Treasurer** PO Box 208 Red Lake Falls, MN 56750 | | 2020 Property taxes on company properties. | | | | $16,718.00 |
| **HeatLink Group, Inc.** 1774 Paysphere Circle Chicago, Il 60674 | | | | | | $15,878.43 |
| **Hartz Truck Line, Inc.** 124 S State St Thief River Falls, MN 56701 | | | | | | $15,500.00 |
| **American Express** PO Box 53779 Phoenix, AZ 85027 | | Corporate account with multiple cardholders. Rewards Points balance 8584 | | | | $14,767.00 |
| **Grainger** Dept. 823283601 Palatine, IL 60038-0001 | | | | | | $13,804.63 |
| **FedEx Freight East** PO Box 10306 Palatine, IL 60055-0306 | | | | | | $11,628.14 |

| Debtor | **Eagle Manufacturing, Inc.** | | | | Case number *(if known)* | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CSA Group Testing & Cert. Inc.**<br>**PO Box 74007292**<br>**Chicago, IL**<br>**60674-7292** | | | | | | **$11,608.75** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................    $        1,275,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $        4,221,035.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................    $        5,496,035.11

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        1,214,059.56

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $        20,694.83

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        1,882,622.38

4.    **Total liabilities** ..........................................................................................................    $        3,117,376.77
   Lines 2 + 3a + 3b

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Account: Ultima Bank MN-Amount is estimate from recent check on balance. Amount fluctuates daily** | | | **$4,000.00** |
| 3.2. | **US Bank-amount is estimate from recent review of balance. Balance changes daily.** | checking | | **$350.00** |
| 3.3. | **Canadian Bank-amount is estimate from recent review of balance. Balance changes daily.** | Checking | | **$275.00** |
| 3.4. | **Paypal-amount is estimate from recent review of balance. Balance changes daily.** | | | **$300.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                      | **$4,925.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

Debtor   **Eagle Manufacturing, Inc.**                                          Case number *(If known)* _____
         <sub>Name</sub>

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          94,830.75          -          0.00          = ....          **$94,830.75**
                              <sub>face amount</sub>                     <sub>doubtful or uncollectible accounts</sub>

11a. 90 days old or less:          23,000.00          -          0.00          = ....          **$23,000.00**
                              <sub>face amount</sub>                     <sub>doubtful or uncollectible accounts</sub>

12.      **Total of Part 3.**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$117,830.75**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Inventory at book value** | **January 2020** | **$0.00** | | **$865,265.87** |
| 20. | **Work in progress** **Finished Goods - At Book Value** | | **$233,423.05** | | **$233,423.05** |
| 21. | **Finished goods, including goods held for resale** **Goods-at book value.** | | **$0.00** | | **$707,636.33** |
| 22. | **Other inventory or supplies** **Other Inventory-at book value.** | | **$0.00** | | **$287,591.57** |

| Debtor | **Eagle Manufacturing, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Inventory/Returns-at book value | | $0.00 | | $123,976.73 |
|---|---|---|---|---|

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$2,217,893.55

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Book Value before depreciation.** | $0.00 | | $131,005.86 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Book Value before depreciation** | $0.00 | | $316,317.44 |
| **Other Equipment - Book Value before depreciation** | $0.00 | | $975,316.23 |
| **Tooling at book value before depreciation** | $0.00 | | $207,904.24 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$1,630,543.77

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 8:</strong>   Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    Vehicle: Company Truck | $0.00 | | $24,000.00 |
| 47.2.    Vehicle: Company Trailer | $0.00 | | $6,500.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Value shown at liquidation, book value<br>$350,000** | $0.00 | | $217,000.00 |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $247,500.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 9:</strong>   Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **Other: Business Property** | | $0.00 | | $1,275,000.00 |

56. **Total of Part 9.** | $1,275,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** **Insurance: $1,000,000 Term Life -  Insured - Bruce Gagner** | $0.00 |
| **Insurance: 1,000,000 Term Life -  Insured - Ron Gagner** | $0.00 |
| **Prepaid Insurance** | $2,342.04 |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor    **Eagle Manufacturing, Inc.**                                    Case number *(If known)* _____
   Name

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                 | $2,342.04

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $4,925.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $117,830.75 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $2,217,893.55 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,630,543.77 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $247,500.00 | |
| 88. **Real property.** Copy line 56, Part 9.......................................................................> | | $1,275,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $2,342.04 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,221,035.11 | + 91b. $1,275,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,496,035.11 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Northwest Regional Development** Creditor's Name **109 S. Minnesota St. Warren, MN 56762** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **Blanket Lien Berhind Ultima Bank** ___ **Describe the lien** ___ | **$134,909.00** | **Unknown** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Ultima Bank MN** Creditor's Name **603 Hilligoss Blvd. SE Fosston, MN 56542** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **Other: Business Property** ___ **Describe the lien** ___ | **$394,448.22** | **$1,275,000.00** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**10/2/2017**

**Last 4 digits of account number**
**1445**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Eagle Manufacturing, Inc.**                                    Case number (if known) _____
_____
Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Ultima Bank MN**
**2. Ultima Bank MN**
**3. Ultima Bank, MN**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ultima Bank MN** | | | |
|---|---|---|---|---|

| Creditor's Name | **Describe debtor's property that is subject to a lien** | **$671,481.61** | **$1,275,000.00** |
|---|---|---|---|

**603 Hilligoss Blvd. SE**
**Fosston, MN 56542**
_____
Creditor's mailing address

**Other: Business Property**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/4/2020**
**Last 4 digits of account number**
**3503**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ultima Bank, MN** | | | |
|---|---|---|---|---|

| Creditor's Name | **Describe debtor's property that is subject to a lien** | **$13,220.73** | **$1,275,000.00** |
|---|---|---|---|

**603 Hilligoss Blvd. SE**
**Fosston, MN 56542**
_____
Creditor's mailing address

**Other: Business Property**

**Describe the lien**
**Mortgage 3rd**

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/4/2020**
**Last 4 digits of account number**
**1444**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,214,059.5 6** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Eagle Manufacturing, Inc.**
_____
Name

Case number (*if known*)
_____

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**employees of debtor**<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Payments for employee benefits are current.**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$2,446.83** | **$2,446.83** |
| **2.2** Priority creditor's name and mailing address<br>**Red Lake County Treasurer**<br>**PO Box 208**<br>**Red Lake Falls, MN 56750**<br><br>Date or dates debt was incurred<br>**05/15/2020**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**2020 Property taxes on company properties.**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$16,718.00** | **$0.00** |

| Debtor | **Eagle Manufacturing, Inc.** | | Case number (if known) | | |
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,530.00 | $0.00 |
| | **State of Minnesota** | *Check all that apply.* | | | |
| | **600 North Robert St.** | ☐ Contingent | | | |
| | **St. Paul, MN 55101** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

| | Date or dates debt was incurred | Basis for the claim: | |
| | **09/15/2020** | **S Corp Estimated Taxes for 2020** | |

Last 4 digits of account number **7EIN**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
| | **3M Center** | ☐ Contingent | |
| | **PO Box 844127** | ☐ Unliquidated | |
| | **Dallas, TX 75284-4127** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,676.27 |
| | **Accurate Fastening Solutions** | ☐ Contingent | |
| | **9775 85th ave N** | ☐ Unliquidated | |
| | **Maple Grove, MN 55369** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,529.91 |
| | **Advanced Tire & Auto** | ☐ Contingent | |
| | **323 N Broadway** | ☐ Unliquidated | |
| | **Crookston, MN 56716** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,259.23 |
| | **Advncd Bus. Methods** | ☐ Contingent | |
| | **1515 13th Ave E** | ☐ Unliquidated | |
| | **West Fargo, ND 58078** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,510.94 |
| | **AIS** | ☐ Contingent | |
| | **PO Box 86** | ☐ Unliquidated | |
| | **Minneapolis, MN 55486** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Eagle Manufacturing, Inc.**
_____
Name

Case number (if known) _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,767.00 |
|---|---|---|---|

**American Express**
**PO Box 53779**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Date Opened: 01/1/2001**
**Last Used: 11/4/2020**

Basis for the claim:  **Corporate account with multiple cardholders.**
**Rewards Points balance 8584**

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,922.40 |
|---|---|---|---|

**American Sealants Inc.**
**9190 Yeager Lane**
**Fort Wayne, IN 46809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.93 |
|---|---|---|---|

**AmeriPride**
**PO Box 950**
**Bemidji, MN 56619-0950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,138.23 |
|---|---|---|---|

**Assoc. Graphic Arts, Inc.**
**820 5th St NW**
**Faribault, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.52 |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.71 |
|---|---|---|---|

**Auto Value**
**PO Box 127**
**Red Lake Falls, MN 56750-0127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.36 |
|---|---|---|---|

**Baco Controls**
**8431 Loop Road**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eagle Manufacturing, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,270.00 |
|------|------------------------------------------------|-------------------------------------------------------------------|------------|
| | **Badger Insulated Pipe LLC** | ☐ Contingent | |
| | **W8359 State Rd 82 W** | ☐ Unliquidated | |
| | **Mauston, WI 53948** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,291.35 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **BBI International** | ☐ Contingent | |
| | **308 2nd Ave N, Ste 304** | ☐ Unliquidated | |
| | **Grand Forks, ND 58203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,954.10 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Becker Agg. Trucking, Inc.** | ☐ Contingent | |
| | **PO Box 249** | ☐ Unliquidated | |
| | **Pierz, MN 56364** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,177.97 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Bellofram Silicones, Inc.** | ☐ Contingent | |
| | **PO Box 74733** | ☐ Unliquidated | |
| | **Cleveland, OH 44194-4733** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.37 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Brean Marketing Inc.** | ☐ Contingent | |
| | **880 - 330 St. Mary Ave.** | ☐ Unliquidated | |
| | **Winnipeg, MB R3C 3Z5 Canada** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,227.64 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Chicago Tube & Iron** | ☐ Contingent | |
| | **PO Box 1450** | ☐ Unliquidated | |
| | **Minneapolis, MN 05548-5126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,705.14 |
|------|------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Cincinnati Fan c/o Glacier Tech Inc.** | ☐ Contingent | |
| | **PO Box 640338** | ☐ Unliquidated | |
| | **Cincinnati, OH 45264-0338** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Climatech**
**6950 Washington Ave S**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$272.06**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Creditsafe USA Inc.**
**PO Box 789985**
**Philadelphia, PA 19178-9985**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$662.50**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**CSA Group Testing & Cert. Inc.**
**PO Box 74007292**
**Chicago, IL 60674-7292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,608.75**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Diamond Vogel Paints**
**PO Box 380**
**Orange City, IA 51041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,035.05**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Digi-Key**
**AR 748033**
**Thief River Falls, MN 56701-0250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,940.70**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**DuBois Chemicals Inc.**
**2659 Solution Center**
**Chicago, IL 60677-2006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,661.68**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Easy Heat Wood Pellets**
**PO Box 15**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,210.00**

---

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,054.70**

**Emerson Comm'l & Res Solutions**
**1065 Big Shanty Rd NW**
**Kennesaw, GA 30144-7038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**Falcon Industries, Inc.**
**PO Box 74350**
**Cleveland, OH 44194-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.58**

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,628.14**

**FedEx Freight East**
**PO Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,873.00**

**Fischer, Rust, & Stock, PLLC**
**PO Box 605**
**Crookston, MN 56716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/13/2020

Basis for the claim: **legal services for asset sales, set up escrow account and escrow agent.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,751.48**

**Forklifts of MN, Inc.**
**2201 W 94th St**
**Bloomington, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.85**

**FourMation Sales**
**PO Box 602903**
**Charlotte, NC 28260-2903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,804.63** |
|---|---|---|---|

**Grainger**
**Dept. 823283601**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$817.44** |
|---|---|---|---|

**Graybar**
**12437 Collections Ctr Dr**
**Chicago, IL 60693-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$708.75** |
|---|---|---|---|

**Greater Bay Capital**
**PO Box 7777**
**San Francisco, CA 94120-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,300.55** |
|---|---|---|---|

**H-O-H Water Technology, Inc.**
**PO Box 487**
**Palatine, IL 60078-0487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|---|---|---|---|

**Hartz Truck Line, Inc.**
**124 S State St**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,474.08** |
|---|---|---|---|

**Heat Transfer Group, Inc.**
**2211-C Fifth Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,878.43** |
|---|---|---|---|

**HeatLink Group, Inc.**
**1774 Paysphere Circle**
**Chicago, Il 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,471.00** |
|---|---|---|---|

**Insul-Seal Insulated PVC**
**217 Harrison St N**
**Racine, MI 55967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,302.00** |
|---|---|---|---|

**JM Stofteknik AB**
**Martensgatan 8, 504 41**
**Boras, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,166.02** |
|---|---|---|---|

**Johnstone Supply**
**1840 Industrial Blvd.**
**Muskegon, MI 49442-6112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**KTRF Radio**
**PO Box 40**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.09** |
|---|---|---|---|

**Lapham-Hickey Steel**
**LockBox 774752**
**Chicago, IL 60677-4007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.95** |
|---|---|---|---|

**M.G.M. Elec Motors USA Inc.**
**24715 Crestview Court**
**Farmington Hills, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,549.32** |
|---|---|---|---|

**Master Electronics**
**PO Box 512639**
**Los Angeles, CA 90051-0639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Manufacturing, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.91**

**McMaster-Carr Supply Comp.**
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.98**

**Menards**
3550 32ND Ave S.
Grand Forks, ND 58201-5914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Meta 13**
20 N Benton Dr
Sauk Rapids, MN 56379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.44**

**Midway Industrial Supply Co.**
PO Box 73278
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Midwest Tank Co.**
17368 197th Ave.
Big Lake, Minnesota 55309-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.43**

**MILJOCO**
200 Elizabeth St.
Mt. Clemens, MI 48043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,032.26**

**Minkota Tech**
201 Ross Ave
Erskine, MN 56535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Manufacturing, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,218.50** |
|---|---|---|---|

**Minn. N. Railroad, Inc.**
**C/O Railroad ABC**
**Orange Park, FL 32067-2475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.03** |
|---|---|---|---|

**Motion Industries, Inc.**
**PO Box 98412**
**Chicago, IL 60693-8412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,877.81** |
|---|---|---|---|

**Motovario Corp**
**1440 Bluegrass Lakes PKWY**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.23** |
|---|---|---|---|

**Neustel Law Offices, LTD**
**2534 S University Dr Ste 4**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|

**North 2nd St Steel Supply Inc.**
**PO Box 583598**
**Minneapolis, MN 55458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$273,669.20** |
|---|---|---|---|

**Northern Plains Steel**
**3801 15th Ave North**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,546.93** |
|---|---|---|---|

**Northland Steel & Trim**
**9262 93rd Ave SE**
**Fullerton, ND 58441-9774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eagle Manufacturing, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$987.94** |
|---|---|---|---|

**Northwest Beverage, Inc.**
**PO Box 575**
**Thief River Falls, MN 56701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.67** |
|---|---|---|---|

**Northwest Power Systems**
**204 Atlantic Ave**
**Thief River Falls, MN 56701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,863.13** |
|---|---|---|---|

**Otter Tail Power Co.**
**PO Box 2002**
**Fergus Falls, MN 56538-2002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,763.33** |
|---|---|---|---|

**P-Tech USA**
**1632 Hobbs Dr, Unit B**
**Delavan, WI 53115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,893.00** |
|---|---|---|---|

**Performance Indust. Prod. LLC**
**234 Wendt Drive**
**Waupaca, WI 54981**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,832.33** |
|---|---|---|---|

**Pitney Bowes Purch Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,366.47** |
|---|---|---|---|

**PRAXAIR DISTRIBUTING INC**
**2205 N Washington St**
**Grand Forks, ND 58203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Eagle Manufacturing, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,896.94**

**Range**
**PO Box 978**
**Brainerd, MN 56401-4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,958.10**

**Red Lake Falls Hardware Hank**
**105 International Dr.**
**Red Lake Falls, MN 56750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,646.70**

**Red Lake Falls Utilities**
**PO Box 37**
**Red Lake Falls, MN 56750**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **33545**

Basis for the claim:  **Utility Bill**

Last 4 digits of account number  **3530**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,794.41**

**Richards Publishing Co Inc.**
**PO Box 159**
**Gonvick, MN 56644-0159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,751.48**

**Sanitary Service & Recycling**
**PO Box 459**
**Red Lake Falls, MN 56750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/30/2020**

Basis for the claim:  **Garbage & recycling**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,090.00**

**Sapientia Law Group**
**120 S 6th St Ste 100**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.78**

**Security Chimneys Intl USA LTD**
**PO Box 6846**
**Carol Stream, IL 60197-6846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,503.23 |
|---|---|---|---|

**Selkirk Corporation**
PO Box 732689
Dallas, TX 75373-2689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383,000.00 |
|---|---|---|---|

**Shareholders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Shareholder Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,292.60 |
|---|---|---|---|

**Sherwin-Williams**
920 Main Ave
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Small Business Administration**
409 3rd St SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2000**

Last 4 digits of account number **7400**

Basis for the claim: **EIDL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,100.00 |
|---|---|---|---|

**Small Business Administration**
14925 Kingsport Rd
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2020**

Last 4 digits of account number **133,0000**

Basis for the claim: **PPP Loan (forgiveness applied for**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Smith-Sharpe Fire Brick Sup.**
2129 Broadway St NE
Minneapolis, MN 55413-1716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.40 |
|---|---|---|---|

**SOS Products**
PO Box 47
East Greenville, PA 18041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Manufacturing, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Spee-Dee Delivery Serv. Inc.**
**PO Box 1417**
**St Cloud, MN 56302-1417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,998.40 |
|---|---|---|---|

**SST Sensing Limited**
**5 Hagmill Crescent**
**Coatbridge, Lanarkshire ML5 4NS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,267.53 |
|---|---|---|---|

**St Hilaire Supply Co.**
**211 Broadway Ave N**
**St Hilaire, MN 56754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,528.88 |
|---|---|---|---|

**Staples**
**PO Box 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|

**Stoneridge Software LLC**
**1320 1st Ave N**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.07 |
|---|---|---|---|

**Superior Lamp Inc.**
**PO Box 2123**
**Fargo, ND 58107-2123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**SWS Credit Services Inc**
**PO Box 1096**
**Devils Lake, ND 58301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,865.00**

**Synergy Catalyst**
**1122 West Bethel Rd No.400**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00**

**T & T Freightways Inc.**
**PO Box 70**
**Independence, KY 41051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177,307.23**

**Taco, Inc.**
**PO Box 845637**
**Boston, MA 02284-5637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**Temperature Specialists, Inc.**
**3175 Bridge Street NW**
**St. Francis, MN 55070-9612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Thermtrol Corp.**
**Dept 781580**
**Detroit, MI 48278-1580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.32**

**Thuemling Industrial Prod**
**PO Box 1625**
**Waukesha, WI 53187-1625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.41**

**Tjernlund Products, Inc.**
**1601 Ninth St**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,300.52** |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,592.25** |
|---|---|---|---|

**Underwriters Labs, Inc.**
**75 Remittance Drive**
**Chicago, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$432.52** |
|---|---|---|---|

**Universal Screenprint**
**PO Box 501**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.90** |
|---|---|---|---|

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.89** |
|---|---|---|---|

**UPS Supply Chain Sol., Inc.**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,952.00** |
|---|---|---|---|

**US Bank**
**PO Box 108**
**St. Louis, MO 63166-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **Date Opened: 02/1/2000**
**Last Used: 08/28/2020**

**Basis for the claim:** **Company account with multiple cardholders. 308,721 travel points balance.**

**Last 4 digits of account number** **1774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.40** |
|---|---|---|---|

**Valley Cartage & Warehousing**
**PO Box 64080**
**St. Paul, MN 55164-4080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Manufacturing, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $229.86 |
|---|---|---|---|

**Washburn Iron Works, Inc.**
**112 E. Bayfield Street**
**Washburn, WI 54891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,051.06 |
|---|---|---|---|

**WF Commercial Finance**
**PO Box 206740**
**Dallas, TX 75320-6740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,530.09 |
|---|---|---|---|

**Young Mfg. Inc.**
**2331 N 42nd St**
**Grand Forks, ND 58203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **GREGERSON, ROSOW, JOHNSON & NI**<br>**Attn: Nicolas Sideras**<br>**100 Washington Ave S. Ste 1550**<br>**Minneapolis, MN 55401** | Line **3.65**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **NICHOLAS JAMES SIDERAS**<br>**4408 S MAGNOLIA A VENUE**<br>**Sioux Falls, SD 57103** | Line **3.65**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Small Business Administration**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155-2243** | Line **3.79**<br><br>☐ Not listed. Explain ____ | **7400** |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 20,694.83 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,882,622.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,903,317.21 |

---

**Fill in this information to identify the case:**

Debtor name  **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Copier Lease @ $700/month.** | |
| State the term remaining — **34 Months** | **Advanced Business Methods**<br>**875 North 42nd St**<br>**Grand Forks, ND 58203** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Real Estate Listing Contract** | |
| State the term remaining | **Berkshire Hathaway Realty**<br>**1725 32nd Ave. S**<br>**Grand Forks, ND 58201** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bruce Gagner** | **623 Mill St. NW**<br>**Red Lake Falls, MN 56750** | **Ultima Bank MN** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bruce Gagner** | | **Northwest Regional Development** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Charles "Chuck" Gagner** | | **Northwest Regional Development** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Chuck Gagner** | **23729 Oak Lake Trl SE**<br>**Erskine, MN 56535** | **Ultima Bank MN** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ron Gagner** | | **Ultima Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.6  **Ronald Gagner** | **Northwest Regional Development** | ▮ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7  **Ronald Gagner** | **Ultima Bank MN** | ▮ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Eagle Manufacturing, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$624,317.43** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$3,673,509.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,718,714.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Sale of Assets to Reduce Debt** | **$1,560,000.00** |

List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Eagle Manufacturing, Inc.** _____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Checking Account Register** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **China Motors and Components, Inc., d/b/a P-Tech USA v. Eagle Manufacturing, Inc<br>Court File No.: 63-CV-20-143** | **Contract Collection Action, Foreign Judgment Pending entry.** | **Red Lake County District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8.    **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Eagle Manufacturing, Inc.**    Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kenneth C. Edstrom Sapientia Law Group 120 S 6th St Ste 100 Minneapolis, MN 55402** | | **Various** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Eagle Manufacturing, Inc.** _____   Case number *(if known)* _____

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Woodmaster Inc.** | **Wood Pellet Stove Business. Proceeds used to pay down secured debt.** | **January 2020** | **$1,500,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Various Parties** | **Auction of obsolete inventory. Proceeds used to pay down secured debt and for operating capital.** | **September 2020** | **$58,584.00** |
| | Relationship to debtor | | | |

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Cafeteria Plan** | EIN: |

    Has the plan been terminated?
    ■ No

Debtor    **Eagle Manufacturing, Inc.**                                    Case number *(if known)* _____

☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage building on Railroad Property** | **Debtor.** | **misc.** | ☐ No ■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Woodmaster** | **Debtor** | **Stove Inventory** | **Unknown** |

## Part 12: Details About Environment Information

| Debtor | **Eagle Manufacturing, Inc.** | Case number *(if known)* | |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Raymond B. Safranski**<br>**Benton, Safranski & Co. LLP**<br>**PO Box 637, 116 W. 3rd St.**<br>**Thief River Falls, MN 56701** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor    **Eagle Manufacturing, Inc.**                                        Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Gagner | | President | 1/3 owner |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Gagner | | Secretary Treasurer, CFO | 1/3 owner |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles ("Chuck") Gagner | | Owner | 1/3 owner |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Debtor | Eagle Manufacturing, Inc. | Case number *(if known)* |
|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November  6, 2020**

| **/s/ Ronald Gagner** | **Ronald Gagner** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor      **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Ranges: | From: | To: | | From: | To: |
|---|---|---|---|---|---|
| Checkbook ID | ULTIMA | ULTIMA | Number | First | Last |
| Description | First | Last | Date | 8/1/2020 | 10/31/2020 |
| User-Defined 1 | First | Last | Type | First | Last |

Sorted By:   Date
Include Trx:   Reconciled, Unreconciled, Voided

\* Voided transaction   ^ Cleared amount is different than posted amount

| Checkbook ID | Description | | User-Defined 1 | | Current Balance | | |
|---|---|---|---|---|---|---|---|
| Number | Date | Type | Paid To/Rcvd From | Reconciled | Origin | Payment | Deposit |
| ULTIMA | Ultima Checking Account | | | | | $138,164.63 | |
| 0051942 | 8/3/2020 | | The Cincinnati Insurance Co | Yes | PMPAY00000582 | $8,764.00 | |
| 45166 | 8/3/2020 | CHK | Garden Valley Telephone | Yes | PMCHK00002371 | $430.81 | |
| WDL000009545 | 8/3/2020 | WDL | NWRDC | Yes | CMTRX00007674 | $472.30 | |
| 45167 | 8/4/2020 | CHK | Nelson, Terry | Yes | PMCHK00002372 | $400.00 | |
| 45168 | 8/4/2020 | CHK | Bemidji Welders Supply, Inc. | Yes | PMCHK00002373 | $4,129.31 | |
| WDL000009546 | 8/4/2020 | WDL | UniShippers | Yes | CMTRX00007674 | $270.93 | |
| WDL000009547 | 8/4/2020 | WDL | ADP | Yes | CMTRX00007674 | $797.22 | |
| XFR000009521 | 8/4/2020 | XFR | Transfer To US BANK VISA | Yes | CMXFR00001007 | $1,000.00 | |
| WDL000009548 | 8/5/2020 | WDL | UBM | Yes | CMTRX00007674 | $603.20 | |
| WDL000009549 | 8/5/2020 | WDL | ADP | Yes | CMTRX00007674 | $416.66 | |
| 0000000000000001561 | 8/6/2020 | DEP | | Yes | CMDEP00005244 | | $171.53 |
| WDL000009551 | 8/6/2020 | WDL | ADP | Yes | CMTRX00007674 | $16.00 | |
| CASH | 8/10/2020 | WDL | ADP TotalSource | Yes | PMTRX00004539 | $2,190.34 | |
| CASH | 8/10/2020 | WDL | ADP TotalSource | Yes | PMTRX00004541 | $2,784.50 | |
| CASH | 8/11/2020 | WDL | ADP TotalSource | Yes | PMTRX00004565 | $17,922.11 | |
| CASH | 8/11/2020 | WDL | ADP TotalSource | Yes | PMTRX00004566 | $4,346.87 | |
| WDL000009552 | 8/11/2020 | WDL | UBM | Yes | CMTRX00007674 | $30.00 | |
| 0000000000000001548 | 8/17/2020 | DEP | | Yes | CMDEP00005231 | | $4,308.23 |
| 0051948 | 8/17/2020 | WDL | AT&T Mobility | Yes | PMPAY00000583 | $339.88 | |
| \* 45169 | 8/18/2020 | CHK | Taco, Inc. | Yes | PMCHK00002374 | | |
| 45170 | 8/18/2020 | CHK | Taco, Inc. | Yes | PMCHK00002375 | $1,000.00 | |
| WDL000009553 | 8/18/2020 | WDL | ADP | Yes | CMTRX00007674 | $857.90 | |
| WDL000009554 | 8/19/2020 | WDL | ADP | Yes | CMTRX00007674 | $416.66 | |
| 0000000000000001562 | 8/21/2020 | DEP | | Yes | CMDEP00005244 | | $83.20 |
| 45171 | 8/21/2020 | CHK | AFLAC | No | PMCHK00002376 | $2,711.40 | |
| A3540 | 8/24/2020 | WDL | American Express/Blue | Yes | PMPAY00000592 | $500.00 | |
| 0000000000000001549 | 8/25/2020 | DEP | | Yes | CMDEP00005232 | | $22,438.70 |
| 11996 | 8/25/2020 | CHK | AGI Insurance | No | CMTRX00007680 | $166.95 | |
| 45172 | 8/25/2020 | CHK | Red Lake Falls Hardware Hank | No | PMCHK00002377 | $2,061.82 | |
| 45173 | 8/25/2020 | CHK | Auto Value | Yes | PMCHK00002378 | $1,104.73 | |
| 45174 | 8/25/2020 | CHK | Minkota Tech | Yes | PMCHK00002379 | $2,443.12 | |
| WDL000009562 | 8/25/2020 | WDL | MN Dept of Revenue | Yes | CMTRX00007676 | $2.00 | |
| XFR000009526 | 8/25/2020 | XFR | Transfer To US BANK VISA | Yes | CMXFR00001010 | $1,000.00 | |
| 0000000000000001553 | 8/26/2020 | DEP | | No | CMDEP00005235 | | |
| CASH | 8/26/2020 | WDL | ADP TotalSource | Yes | PMTRX00004568 | $17,919.53 | |
| WDL000009556 | 8/26/2020 | WDL | UBM | Yes | CMTRX00007675 | $30.00 | |
| WDL000009557 | 8/26/2020 | WDL | UPS | Yes | CMTRX00007675 | $185.84 | |
| 45175 | 8/27/2020 | CHK | Northern Plains Steel | No | PMCHK00002380 | $1,000.00 | |
| 0000000000000001552 | 8/28/2020 | DEP | | Yes | CMDEP00005235 | | $9,795.45 |
| WDL000009558 | 8/28/2020 | WDL | ADP | Yes | CMTRX00007675 | $341.09 | |
| CASH | 8/31/2020 | WDL | ADP TotalSource | Yes | PMTRX00004569 | $2,262.91 | |
| IAJ000009563 | 8/31/2020 | IAJ | ADP | Yes | CMTRX00007676 | | $20.00 |
| WDL000009559 | 8/31/2020 | WDL | UBM | Yes | CMTRX00007675 | $30.00 | |
| WDL000009560 | 8/31/2020 | WDL | UBM | Yes | CMTRX00007675 | $2,534.77 | |
| WDL000009561 | 8/31/2020 | WDL | UBM | Yes | CMTRX00007675 | $10.00 | |
| WDL000009564 | 9/1/2020 | WDL | NWRDC | No | CMTRX00007677 | $428.02 | |
| WDL000009565 | 9/1/2020 | WDL | ADP | No | CMTRX00007677 | $884.37 | |
| 11997 | 9/2/2020 | CHK | Sapentia Law Firm | No | CMTRX00007680 | $5,000.00 | |
| 45176 | 9/2/2020 | CHK | The Cincinnati Insurance Co | No | PMCHK00002381 | $2,474.00 | |
| WDL000009566 | 9/2/2020 | WDL | ADP | No | CMTRX00007677 | $124.32 | |

| Checkbook ID | Description | | User-Defined 1 | | | Current Balance | |

| Number | Date | Type | Paid To/Rcvd From | Reconciled | Origin | Payment | Deposit |
|---|---|---|---|---|---|---|---|
| WDL000009567 | 9/3/2020 | WDL | ADP | No | CMTRX00007677 | $145.83 | |
| 45177 | 9/4/2020 | CHK | Nelson, Terry | No | PMTRX00004542 | $400.00 | |
| 45178 | 9/4/2020 | CHK | Sjoberg's Cable TV | No | PMCHK00002382 | $96.05 | |
| WDL000009568 | 9/4/2020 | WDL | ADP | No | CMTRX00007677 | $20.00 | |
| 00000000000000001551 | 9/8/2020 | DEP | | No | CMDEP00005235 | | $12,004.35 |
| 45179 | 9/8/2020 | CHK | Garden Valley Telephone | No | PMCHK00002383 | $331.32 | |
| 45180 | 9/8/2020 | CHK | Bemidji Welders Supply, Inc. | No | PMCHK00002384 | $4,179.86 | |
| CASH | 9/8/2020 | WDL | ADP TotalSource | No | PMTRX00004570 | $20,982.09 | |
| CASH | 9/8/2020 | WDL | ADP TotalSource | No | PMTRX00004571 | $3,422.78 | |
| WDL000009569 | 9/8/2020 | WDL | UBM | No | CMTRX00007677 | $30.00 | |
| 00000000000000001550 | 9/10/2020 | DEP | | No | CMDEP00005235 | | $4,702.00 |
| WDL000009570 | 9/10/2020 | WDL | UBM | No | CMTRX00007677 | $302.52 | |
| WDL000009571 | 9/15/2020 | WDL | ADP | No | CMTRX00007677 | $892.99 | |
| WDL000009572 | 9/16/2020 | WDL | ADP | No | CMTRX00007677 | $101.84 | |
| 00000000000000001554 | 9/21/2020 | DEP | | No | CMDEP00005236 | | $30,933.20 |
| CASH | 9/21/2020 | WDL | ADP TotalSource | No | PMTRX00004572 | $1,479.79 | |
| WDL000009573 | 9/21/2020 | WDL | UBM | No | CMTRX00007677 | $30.00 | |
| 00000000000000001555 | 9/22/2020 | DEP | | No | CMDEP00005236 | | $2,000.00 |
| WDL000009574 | 9/22/2020 | WDL | MN Dept of Revenue | No | CMTRX00007677 | $12.00 | |
| A8860 | 9/23/2020 | WDL | American Express/Blue | No | PMPAY00000595 | $500.00 | |
| CASH | 9/23/2020 | WDL | ADP TotalSource | No | PMTRX00004573 | $26,118.20 | |
| WDL000009575 | 9/23/2020 | WDL | UBM | No | CMTRX00007677 | $30.00 | |
| WDL000009576 | 9/23/2020 | WDL | MN Dept of Revenue | No | CMTRX00007677 | $4.03 | |
| WDL000009577 | 9/23/2020 | WDL | MN Dept of Revenue | No | CMTRX00007677 | $4.05 | |
| WDL000009578 | 9/23/2020 | WDL | MN Dept of Revenue | No | CMTRX00007677 | $28.13 | |
| 00000000000000001556 | 9/24/2020 | DEP | | No | CMDEP00005237 | | $9,783.10 |
| 11998 | 9/28/2020 | CHK | Elavon | No | CMTRX00007680 | $59.99 | |
| 00000000000000001557 | 9/29/2020 | DEP | | No | CMDEP00005238 | | $8,716.98 |
| 429177864 | 9/29/2020 | IAJ | ADP | No | CMTRX00007678 | | $1,319.98 |
| WDL000009579 | 9/29/2020 | WDL | ADP | No | CMTRX00007678 | $893.16 | |
| CASH | 9/30/2020 | WDL | ADP TotalSource | No | PMTRX00004574 | $2,262.91 | |
| WDL000009580 | 9/30/2020 | WDL | UBM | No | CMTRX00007678 | $30.00 | |
| WDL000009581 | 9/30/2020 | WDL | UBM | No | CMTRX00007678 | $2,534.77 | |
| WDL000009582 | 9/30/2020 | WDL | UBM | No | CMTRX00007678 | $17.20 | |
| 00000000000000001567 | 10/1/2020 | DEP | | No | CMDEP00005248 | | $14,985.00 |
| * 45181 | 10/2/2020 | CHK | Smith-Sharpe Fire Brick Supp | Yes | PMCHK00002385 | | |
| 45182 | 10/2/2020 | CHK | Smith-Sharpe Fire Brick Supp | No | PMCHK00002386 | $100.00 | |
| 45183 | 10/6/2020 | CHK | Central Boiler | No | PMCHK00002387 | $375.00 | |
| 00000000000000001558 | 10/7/2020 | DEP | | No | CMDEP00005241 | | $5,033.27 |
| 00000000000000001560 | 10/8/2020 | DEP | | No | CMDEP00005243 | | $16,671.65 |
| 45184 | 10/8/2020 | CHK | Bemidji Welders Supply, Inc. | No | PMCHK00002388 | $9,281.58 | |
| 00000000000000001559 | 10/13/2020 | DEP | | No | CMDEP00005242 | | $38,663.74 |
| 45185 | 10/14/2020 | CHK | Garden Valley Telephone | No | PMCHK00002389 | $387.94 | |
| 45186 | 10/14/2020 | CHK | Advanced Business Methods | No | PMCHK00002390 | $1,403.64 | |
| 45187 | 10/14/2020 | CHK | Underwriters Laboratories, I | No | PMCHK00002391 | $1,756.00 | |
| 00000000000000001565 | 10/15/2020 | DEP | | No | CMDEP00005246 | | $5,500.00 |
| 00000000000000001563 | 10/20/2020 | DEP | | No | CMDEP00005245 | | $28,085.27 |
| 45188 | 10/20/2020 | CHK | St Hilaire Supply Co. | No | PMCHK00002392 | $124.78 | |
| 45189 | 10/22/2020 | CHK | Nelson, Terry | No | PMCHK00002393 | $800.00 | |
| 00000000000000001564 | 10/23/2020 | DEP | | No | CMDEP00005245 | | $16,949.00 |
| 45190 | 10/23/2020 | CHK | Garden Valley Telephone | No | PMCHK00002394 | $361.76 | |
| 30046544117 | 10/26/2020 | WDL | Otter Tail Power Company | No | PMPAY00000591 | $238.23 | |
| 30046638918 | 10/26/2020 | WDL | Otter Tail Power Company | No | PMPAY00000591 | $316.19 | |
| 45191 | 10/30/2020 | CHK | Acme Electric | No | PMCHK00002395 | $397.48 | |
| 45192 | 10/30/2020 | CHK | Acme Tools | No | PMCHK00002395 | $10.02 | |
| 45193 | 10/30/2020 | CHK | Alps Controls | No | PMCHK00002395 | $233.18 | |
| 45194 | 10/30/2020 | CHK | Wichtaskservice LLC | No | PMCHK00002395 | $340.33 | |
| 45195 | 10/30/2020 | CHK | Brent's Food Pride | No | PMCHK00002395 | $105.92 | |
| 45196 | 10/30/2020 | CHK | Crookston Daily Times | No | PMCHK00002395 | $407.50 | |
| 45197 | 10/30/2020 | CHK | Falls Building Center | No | PMCHK00002395 | $60.79 | |
| 45198 | 10/30/2020 | CHK | Garden Valley Telephone | No | PMCHK00002395 | $362.00 | |
| 45199 | 10/30/2020 | CHK | Landman Publishing, LLC | No | PMCHK00002395 | $125.00 | |

| Checkbook ID | Description | | User-Defined 1 | | Current Balance | | |
|---|---|---|---|---|---|---|---|
| Number | Date | Type | Paid To/Rcvd From | Reconciled | Origin | Payment | Deposit |
| 45200 | 10/30/2020 | CHK | LaserSharp Creations | No | PMCHK00002395 | $512.00 | |
| 45201 | 10/30/2020 | CHK | On-Site Medical Services Inc | No | PMCHK00002395 | $400.00 | |
| 45202 | 10/30/2020 | CHK | Red Lake County Environmenta | No | PMCHK00002395 | $70.34 | |
| 45203 | 10/30/2020 | CHK | Sanitary Service | No | PMCHK00002395 | $561.03 | |
| 45204 | 10/30/2020 | CHK | Schafer Electric | No | PMCHK00002395 | $938.20 | |
| 45205 | 10/30/2020 | CHK | The Times | No | PMCHK00002395 | $405.48 | |
| 45206 | 10/30/2020 | CHK | Wilcox Plumbing & Heating | No | PMCHK00002395 | $312.01 | |
| 45207 | 10/30/2020 | CHK | Auto Value | No | PMCHK00002395 | $454.58 | |

|   | 120 | Transaction(s) | | | Total Payments/Deposits | $176,154.05 | $232,164.65 |

120  Total Transaction(s)

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re   **Eagle Manufacturing, Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

■ FLAT FEE

For legal Services, I have agreed to accept   ............................   $   **10,000.00**
Prior to the filing of this statement I have received   ..............   $   **10,000.00**
Balance Due   ..........................................................................   $   **0.00**

□ RETAINER

For legal Services, I have agreed to accept   $   _____
Prior to the filing of this statement I have received   $   _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:
     □   Debtor            ■   Other (specify)   **Debtor.  Retainer paid.  Hourly rate for future work will be by the hour at $450.00**

3.   The source of the compensation to be paid to me is:
     ■   Debtor            □   Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

     A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     D. Representation of the debtor in contested bankruptcy matters; and

     E. Other services reasonably necessary to represent the debtor(s).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **November  6, 2020**

Signature of Attorney
**/s/ Kenneth C. Edstrom**

**Kenneth C. Edstrom 148696**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re **Eagle Manufacturing, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Gagner** | | | **1/3 Owner** |
| **Charles "Chuck" Gagner** | | | **1/3 Owner** |
| **Ron Gagner** | | | **1/3 Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November  6, 2020**

Signature **/s/ Ronald Gagner**

**Ronald Gagner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

3M CENTER
PO BOX 844127
DALLAS TX 75284-4127


ACCURATE FASTENING SOLUTIONS
9775 85TH AVE N
MAPLE GROVE MN 55369


ADVANCED BUSINESS METHODS
875 NORTH 42ND ST
GRAND FORKS ND 58203


ADVANCED TIRE & AUTO
323 N BROADWAY
CROOKSTON MN 56716


ADVNCD BUS. METHODS
1515 13TH AVE E
WEST FARGO ND 58078


AIS
PO BOX 86
MINNEAPOLIS MN 55486


AMERICAN EXPRESS
PO BOX 53779
PHOENIX AZ 85027


AMERICAN SEALANTS INC.
9190 YEAGER LANE
FORT WAYNE IN 46809


AMERIPRIDE
PO BOX 950
BEMIDJI MN 56619-0950

ASSOC. GRAPHIC ARTS, INC.
820 5TH ST NW
FARIBAULT MN 55021


AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463


AUTO VALUE
PO BOX 127
RED LAKE FALLS MN 56750-0127


BACO CONTROLS
8431 LOOP ROAD
BALDWINSVILLE NY 13027


BADGER INSULATED PIPE LLC
W8359 STATE RD 82 W
MAUSTON WI 53948


BBI INTERNATIONAL
308 2ND AVE N, STE 304
GRAND FORKS ND 58203


BECKER AGG. TRUCKING, INC.
PO BOX 249
PIERZ MN 56364


BELLOFRAM SILICONES, INC.
PO BOX 74733
CLEVELAND OH 44194-4733


BERKSHIRE HATHAWAY REALTY
1725 32ND AVE. S
GRAND FORKS ND 58201

BREAN MARKETING INC.
880 - 330 ST. MARY AVE.
WINNIPEG, MB R3C 3Z5 CANADA


BRUCE GAGNER
623 MILL ST. NW
RED LAKE FALLS MN 56750


BRUCE GAGNER


CHICAGO TUBE & IRON
PO BOX 1450
MINNEAPOLIS MN 05548-5126


CHUCK GAGNER
23729 OAK LAKE TRL SE
ERSKINE MN 56535


CINCINNATI FAN C/O GLACIER TECH INC.
PO BOX 640338
CINCINNATI OH 45264-0338


CLIMATECH
6950 WASHINGTON AVE S
EDEN PRAIRIE MN 55344


CREDITSAFE USA INC.
PO BOX 789985
PHILADELPHIA PA 19178-9985


CSA GROUP TESTING & CERT. INC.
PO BOX 74007292
CHICAGO IL 60674-7292

DIAMOND VOGEL PAINTS
PO BOX 380
ORANGE CITY IA 51041


DIGI-KEY
AR 748033
THIEF RIVER FALLS MN 56701-0250


DUBOIS CHEMICALS INC.
2659 SOLUTION CENTER
CHICAGO IL 60677-2006


EASY HEAT WOOD PELLETS
PO BOX 15
DUBLIN OH 43017


EMERSON COMM'L & RES SOLUTIONS
1065 BIG SHANTY RD NW
KENNESAW GA 30144-7038


EMPLOYEES OF DEBTOR


FALCON INDUSTRIES, INC.
PO BOX 74350
CLEVELAND OH 44194-4350


FASTENAL COMPANY
PO BOX 1286
WINONA MN 55987-0978


FEDEX FREIGHT EAST
PO BOX 10306
PALATINE IL 60055-0306

FISCHER, RUST, & STOCK, PLLC
PO BOX 605
CROOKSTON MN 56716


FORKLIFTS OF MN, INC.
2201 W 94TH ST
BLOOMINGTON MN 55431


FOURMATION SALES
PO BOX 602903
CHARLOTTE NC 28260-2903


GRAINGER
DEPT. 823283601
PALATINE IL 60038-0001


GRAYBAR
12437 COLLECTIONS CTR DR
CHICAGO IL 60693-2437


GREATER BAY CAPITAL
PO BOX 7777
SAN FRANCISCO CA 94120-7777


GREGERSON, ROSOW, JOHNSON & NI
ATTN: NICOLAS SIDERAS
100 WASHINGTON AVE S. STE 1550
MINNEAPOLIS MN 55401


H-O-H WATER TECHNOLOGY, INC.
PO BOX 487
PALATINE IL 60078-0487


HARTZ TRUCK LINE, INC.
124 S STATE ST
THIEF RIVER FALLS MN 56701

HEAT TRANSFER GROUP, INC.
2211-C FIFTH AVENUE
RONKONKOMA NY 11779


HEATLINK GROUP, INC.
1774 PAYSPHERE CIRCLE
CHICAGO IL 60674


INSUL-SEAL INSULATED PVC
217 HARRISON ST N
RACINE MI 55967


JM STOFTTEKNIK AB
MARTENSGATAN 8, 504 41
BORAS, SWEDEN


JOHNSTONE SUPPLY
1840 INDUSTRIAL BLVD.
MUSKEGON MI 49442-6112


KTRF RADIO
PO BOX 40
THIEF RIVER FALLS MN 56701


LAPHAM-HICKEY STEEL
LOCKBOX 774752
CHICAGO IL 60677-4007


M.G.M. ELEC MOTORS USA INC.
24715 CRESTVIEW COURT
FARMINGTON HILLS MI 48335


MASTER ELECTRONICS
PO BOX 512639
LOS ANGELES CA 90051-0639

MCMASTER-CARR SUPPLY COMP.
PO BOX 7690
CHICAGO IL 60680-7690


MENARDS
3550 32ND AVE S.
GRAND FORKS ND 58201-5914


META 13
20 N BENTON DR
SAUK RAPIDS MN 56379


MIDWAY INDUSTRIAL SUPPLY CO.
PO BOX 73278
CLEVELAND OH 44193


MIDWEST TANK CO.
17368 197TH AVE.
BIG LAKE, MINNESOTA 55309-0000


MILJOCO
200 ELIZABETH ST.
MT. CLEMENS MI 48043


MINKOTA TECH
201 ROSS AVE
ERSKINE MN 56535


MINN. N. RAILROAD, INC.
C/O RAILROAD ABC
ORANGE PARK FL 32067-2475


MOTION INDUSTRIES, INC.
PO BOX 98412
CHICAGO IL 60693-8412

MOTOVARIO CORP
1440 BLUEGRASS LAKES PKWY
ALPHARETTA GA 30004


NEUSTEL LAW OFFICES, LTD
2534 S UNIVERSITY DR STE 4
FARGO ND 58103


NICHOLAS JAMES SIDERAS
4408 S MAGNOLIA A VENUE
SIOUX FALLS SD 57103


NORTH 2ND ST STEEL SUPPLY INC.
PO BOX 583598
MINNEAPOLIS MN 55458


NORTHERN PLAINS STEEL
3801 15TH AVE NORTH
FARGO ND 58102


NORTHLAND STEEL & TRIM
9262 93RD AVE SE
FULLERTON ND 58441-9774


NORTHWEST BEVERAGE, INC.
PO BOX 575
THIEF RIVER FALLS MN 56701


NORTHWEST POWER SYSTEMS
204 ATLANTIC AVE
THIEF RIVER FALLS MN 56701


NORTHWEST REGIONAL DEVELOPMENT
109 S. MINNESOTA ST.
WARREN MN 56762

OTTER TAIL POWER CO.
PO BOX 2002
FERGUS FALLS MN 56538-2002


P-TECH USA
1632 HOBBS DR, UNIT B
DELAVAN WI 53115


PERFORMANCE INDUST. PROD. LLC
234 WENDT DRIVE
WAUPACA WI 54981


PITNEY BOWES PURCH POWER
PO BOX 371874
PITTSBURGH PA 15250-7874


PRAXAIR DISTRIBUTING INC
2205 N WASHINGTON ST
GRAND FORKS ND 58203


RANGE
PO BOX 978
BRAINERD MN 56401-4400


RED LAKE COUNTY TREASURER
PO BOX 208
RED LAKE FALLS MN 56750


RED LAKE FALLS HARDWARE HANK
105 INTERNATIONAL DR.
RED LAKE FALLS MN 56750


RED LAKE FALLS UTILITIES
PO BOX 37
RED LAKE FALLS MN 56750

RICHARDS PUBLISHING CO INC.
PO BOX 159
GONVICK MN 56644-0159


SANITARY SERVICE & RECYCLING
PO BOX 459
RED LAKE FALLS MN 56750


SAPIENTIA LAW GROUP
120 S 6TH ST STE 100
MINNEAPOLIS MN 55402


SECURITY CHIMNEYS INTL USA LTD
PO BOX 6846
CAROL STREAM IL 60197-6846


SELKIRK CORPORATION
PO BOX 732689
DALLAS TX 75373-2689


SHERWIN-WILLIAMS
920 MAIN AVE
FARGO ND 58103


SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416


SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT RD
FORT WORTH TX 76155


SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT RD
FORT WORTH TX 76155-2243

SMITH-SHARPE FIRE BRICK SUP.
2129 BROADWAY ST NE
MINNEAPOLIS MN 55413-1716


SOS PRODUCTS
PO BOX 47
EAST GREENVILLE PA 18041


SPEE-DEE DELIVERY SERV. INC.
PO BOX 1417
ST CLOUD MN 56302-1417


SST SENSING LIMITED
5 HAGMILL CRESCENT
COATBRIDGE, LANARKSHIRE ML5 4NS


ST HILAIRE SUPPLY CO.
211 BROADWAY AVE N
ST HILAIRE MN 56754


STAPLES
PO BOX 83689
CHICAGO IL 60696-3689


STATE OF MINNESOTA
600 NORTH ROBERT ST.
ST. PAUL MN 55101


STONERIDGE SOFTWARE LLC
1320 1ST AVE N
FARGO ND 58102


SUPERIOR LAMP INC.
PO BOX 2123
FARGO ND 58107-2123

SWS CREDIT SERVICES INC
PO BOX 1096
DEVILS LAKE ND 58301


SYNERGY CATALYST
1122 WEST BETHEL RD NO.400
COPPELL TX 75019


T & T FREIGHTWAYS INC.
PO BOX 70
INDEPENDENCE KY 41051


TACO, INC.
PO BOX 845637
BOSTON MA 02284-5637


TEMPERATURE SPECIALISTS, INC.
3175 BRIDGE STREET NW
ST. FRANCIS MN 55070-9612


THERMTROL CORP.
DEPT 781580
DETROIT MI 48278-1580


THUEMLING INDUSTRIAL PROD
PO BOX 1625
WAUKESHA WI 53187-1625


TJERNLUND PRODUCTS, INC.
1601 NINTH ST
WHITE BEAR LAKE MN 55110


ULINE
PO BOX 88741
CHICAGO IL 60680-1741

ULTIMA BANK MN
603 HILLIGOSS BLVD. SE
FOSSTON MN 56542


ULTIMA BANK, MN
603 HILLIGOSS BLVD. SE
FOSSTON MN 56542


UNDERWRITERS LABS, INC.
75 REMITTANCE DRIVE
CHICAGO IL 60675-1524


UNIVERSAL SCREENPRINT
PO BOX 501
THIEF RIVER FALLS MN 56701


UPS FREIGHT
28013 NETWORK PLACE
CHICAGO IL 60673-1280


UPS SUPPLY CHAIN SOL., INC.
28013 NETWORK PLACE
CHICAGO IL 60673-1280


US BANK
PO BOX 108
ST. LOUIS MO 63166-0108


VALLEY CARTAGE & WAREHOUSING
PO BOX 64080
ST. PAUL MN 55164-4080


WASHBURN IRON WORKS, INC.
112 E. BAYFIELD STREET
WASHBURN WI 54891

```
WF COMMERCIAL FINANCE
PO BOX 206740
DALLAS TX 75320-6740



YOUNG MFG, INC.
2331 N 42ND ST
GRAND FORKS ND 58203
```

# United States Bankruptcy Court
## District of Minnesota

In re  **Eagle Manufacturing, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Eagle Manufacturing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bruce Gagner**

**Charles "Chuck" Gagner**

**Ron Gagner**

☐ None [*Check if applicable*]

**November  6, 2020**

Date

**/s/ Kenneth C. Edstrom**

**Kenneth C. Edstrom 148696**

Signature of Attorney or Litigant

Counsel for   **Eagle Manufacturing, Inc.**

**Sapientia Law Group**
**120 S 6th St Ste 100**
**Minneapolis, MN 55402**
**6127567100 Fax:6127567101**
**kene@sapientialaw.com**