Northwest Manufacturing
CONSOLIDATED
For the Nine Months Ending Wednesday, September 30, 2020

|  | Current Month | % of Sales | YTD | % of Sales |
|---|---|---|---|---|
| **INCOME** | | | | |
| Sales | $8,387.00 | 10.92% | $164,635.71 | 26.37% |
| Sales/Parts | 301.01 | 0.39% | 140,470.33 | 22.50% |
| Sales/Promotional Items | | 0.00% | 2,045.75 | 0.33% |
| Replacement Parts | | 0.00% | 49,947.75 | 8.00% |
| Freight Income | 955.95 | 1.24% | 13,978.78 | 2.24% |
| Sales - Misc | | 0.00% | 32,964.24 | 5.28% |
| Other Income | 3,842.74 | 5.00% | 11,555.79 | 1.85% |
| Outside Contract Work | 64,417.41 | 83.87% | 254,066.83 | 40.70% |
| Sales Return | | 0.00% | (18,995.86) | (3.04%) |
| Sales Discounts | (1,098.00) | (1.43%) | (26,351.89) | (4.22%) |
| TOTAL INCOME | $76,806.11 | 100.00% | $624,317.43 | 100.00% |
| **COST OF GOODS SOLD** | | | | |
| Material Costs/Production | (96.07) | (0.13%) | 130,896.68 | 20.97% |
| Material Cost/Parts | 139.15 | 0.18% | 131,917.10 | 21.13% |
| Freight Expense | | 0.00% | 4,682.38 | 0.75% |
| Salaries & Wages | 37,531.69 | 48.87% | 285,288.22 | 45.70% |
| Payroll Taxes | 4,417.53 | 5.75% | 33,256.46 | 5.33% |
| Labor Applied | | 0.00% | (8,005.44) | (1.28%) |
| Outside Services | (58.89) | (0.08%) | 118.13 | 0.02% |
| Installation Expense | | 0.00% | 241.60 | 0.04% |
| Warranty Expense | | 0.00% | 3,393.38 | 0.54% |
| Warranty Labor | | 0.00% | 6,619.62 | 1.06% |
| Equipment Lease | | 0.00% | 2,512.26 | 0.40% |
| Misc Expense | | 0.00% | 355.26 | 0.06% |
| Rent Expense | | 0.00% | 400.00 | 0.06% |
| Repairs & Maintainence | | 0.00% | 2,960.90 | 0.47% |
| Shop Supplies | 1,777.24 | 2.31% | 3,975.09 | 0.64% |
| Welding Supplies | 9,358.02 | 12.18% | 35,904.73 | 5.75% |
| Testing Fees | | 0.00% | 6,540.24 | 1.05% |
| Utilities | 309.87 | 0.40% | 13,105.06 | 2.10% |
| Fixed Overhead Applied | | 0.00% | (649.08) | (0.10%) |
| Cost of Goods Sold | | 0.00% | 3,292.10 | 0.53% |
| Increase/Decrease - Finished Goods | | 0.00% | (4,442.91) | (0.71%) |
| Increase/Decrease - Raw Materials | | 0.00% | 6,613.87 | 1.06% |
| Increase/Decrease - W.I.P. | | 0.00% | 2,051.67 | 0.33% |
| Purchase Discounts | | 0.00% | (517.16) | (0.08%) |
| TOTAL COST OF GOODS SOLD | $53,378.54 | 69.50% | $660,510.16 | 105.80% |
| GROSS INCOME | $23,427.57 | 30.50% | ($36,192.73) | (5.80%) |

Northwest Manufacturing
CONSOLIDATED
For the Nine Months Ending Wednesday, September 30, 2020

## EXPENSES

### Selling Expenses

| | | | | |
|---|---:|---:|---:|---:|
| Salaries & Wages | 1,598.75 | 2.08% | 25,443.24 | 4.08% |
| Payroll Tax Expense - Sales | 195.69 | 0.25% | 3,933.87 | 0.63% |
| Commissions | 0.30 | 0.00% | 4,708.08 | 0.75% |
| Advertising/Internet | | 0.00% | 1,502.64 | 0.24% |
| Travel Expense | 100.01 | 0.13% | 100.01 | 0.02% |
| Floor Plan Expense | | 0.00% | 1,072.50 | 0.17% |
| Financing Expense | | 0.00% | 18,925.87 | 3.03% |
| Shipping Expense | (881.12) | (1.15%) | 32,866.27 | 5.26% |
| Shipping Wages | | 0.00% | 8,077.80 | 1.29% |
| Payroll Tax Expense - Shipping | | 0.00% | 912.81 | 0.15% |
| Misc. Expense - Sales | 390.00 | 0.51% | 2,410.92 | 0.39% |
| **TOTAL SELLING EXPENSES** | **$1,403.63** | **1.83%** | **$99,954.01** | **16.01%** |

### G & A EXPENSES

| | | | | |
|---|---:|---:|---:|---:|
| Wages/Clerical | 3,009.25 | 3.92% | 39,293.14 | 6.29% |
| Employee Benefits | | 0.00% | 7,184.15 | 1.15% |
| Officer's Salaries | 2,083.33 | 2.71% | 37,479.96 | 6.00% |
| Auto Expense | | 0.00% | (1,400.82) | (0.22%) |
| Bank Charges | 197.19 | 0.26% | 9,764.70 | 1.56% |
| Finance Charges | 2,285.72 | 2.98% | 23,022.43 | 3.69% |
| Data Processing | 95.65 | 0.12% | 2,598.36 | 0.42% |
| Fuel Expense | 803.22 | 1.05% | 15,073.56 | 2.41% |
| Insurance/Health | 2,274.76 | 2.96% | 29,939.56 | 4.80% |
| Insurance/General | 2,474.00 | 3.22% | 27,236.00 | 4.36% |
| Insurance/Life | | 0.00% | 5,836.24 | 0.93% |
| Insurance/Worker's Comp | 2,785.92 | 3.63% | 21,168.09 | 3.39% |
| Insurance/Dental | 59.31 | 0.08% | 2,072.15 | 0.33% |
| Interest Expense | 2,625.84 | 3.42% | 47,484.41 | 7.61% |
| Legal & Accounting | 5,000.00 | 6.51% | 17,808.10 | 2.85% |
| Misc Expense | (247.38) | (0.32%) | 1,673.31 | 0.27% |
| Meeting Expense | 512.43 | 0.67% | 522.04 | 0.08% |
| Equipment Lease | 701.82 | 0.91% | 6,969.53 | 1.12% |
| Office Expense | | 0.00% | 1,166.79 | 0.19% |
| Outside Services | 161.85 | 0.21% | 3,058.17 | 0.49% |
| Postage Expense | | 0.00% | 1,019.09 | 0.16% |
| Rent Expense | 400.00 | 0.52% | 7,940.00 | 1.27% |
| R&D Wages | | 0.00% | 9,595.59 | 1.54% |
| Payroll Tax Expense - R&D | | 0.00% | 717.04 | 0.11% |
| R&D Supplies | 167.68 | 0.22% | 6,248.67 | 1.00% |
| Technical Expense | | 0.00% | 3,119.37 | 0.50% |
| Supplies Expense | | 0.00% | 1,714.60 | 0.27% |
| Repairs & Maintenance | 117.95 | 0.15% | 777.65 | 0.12% |
| Taxes/Real Estate | | 0.00% | 34,071.15 | 5.46% |

Northwest Manufacturing
CONSOLIDATED
For the Nine Months Ending Wednesday, September 30, 2020

| | | | | |
|---|---:|---:|---:|---:|
| Payroll Tax Expense | 527.72 | 0.69% | 6,517.18 | 1.04% |
| Taxes/Other | | 0.00% | 536.55 | 0.09% |
| Telephone | 642.27 | 0.84% | 11,118.18 | 1.78% |
| Meals & Entertainment | | 0.00% | 187.49 | 0.03% |
| Utilities | 2,261.50 | 2.94% | 9,942.65 | 1.59% |
| TOTAL G&A EXPENSES | $28,940.03 | 37.68% | $391,455.08 | 62.70% |
| | | | | |
| TOTAL EXPENSES | $30,343.66 | 39.51% | $491,409.09 | 78.71% |
| NET INCOME FROM OPERATIONS | ($6,916.09) | (9.00%) | ($527,601.82) | (84.51%) |
| | | | | |
| OTHER INCOME | | | | |
| Finance Charge Income | | 0.00% | 397.50 | 0.06% |
| Gain on Equipment Sale | | 0.00% | 38,624.07 | 6.19% |
| Gain on Fixed Assets | | 0.00% | (57,178.64) | (9.16%) |
| Misc Income | 9,716.35 | 12.65% | 369,155.79 | 59.13% |
| | | | | |
| TOTAL OTHER INCOME | $9,716.35 | 12.65% | $350,998.72 | 56.22% |
| | | | | |
| OTHER EXPENSES | | | | |
| Fines & Penalties | | 0.00% | 1,625.00 | 0.26% |
| Restructuring Expense | | 0.00% | 15,000.00 | 2.40% |
| | | | | |
| TOTAL OTHER EXPENSES | | 0.00% | $16,625.00 | 2.66% |
| TOTAL OTHER INCOME AND EXPENSES | $9,716.35 | 12.65% | $334,373.72 | 53.56% |
| | | | | |
| NET INCOME | $2,800.26 | 3.65% | ($193,228.10) | (30.95%) |