UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---------------------------------------------------
In re: Eagle Manufacturing, Inc.                Bankruptcy No.20-60555
                                                Chapter 11 Case


                         Debtor.
---------------------------------------------------

**NOTICE OF INTENTION TO SEEK EXPEDITED HEARINGS**

The Debtor in the above Chapter 11 cases give notice that they intend to seek expedited hearings on the following matter (check all that apply):

☐ JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRTUPCY CASES

☐ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY BANKRTUPCY RULE 1007 (c)

☐ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

X  MOTION TO PAY PRE-PETITION WAGES, SALARIES AND RELATED BENEFITS

X  MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

☐ MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

X    MOTION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

☐    MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

☐    MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS

☐    MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL

☐    MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (E.G., GIFT CERTIFICATES, LAYAWAY CLAIMS, WARRANTY CLAIMS, REFUND POLICIES)

☐    MOTION FOR ORDER AUTHORIZING PAYMENT OF SALE AND USE TAXES

☐    MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO SECTION 546(g) OF THE BANKRUPTCY CODE

☐    MOTION FOR ORDER AUTHORIZING POST-PETITION DELIVERY OF GOODS ORDERED BY CUSTOMERS PRE-PETITION

☐    MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES

☐    MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS

☐    MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PRE-PETITION CLAIMS OR SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS

☐    MOTION FOR ORDER PERMITTING DEBTORS TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS

☐    MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES

☐    MOTION FOR ORDER REJECTING LEASES

☐    OTHERS (LIST):

Dated: November 6, 2020      /e/ Kenneth C. Edstrom
                             Kenneth C. Edstrom (148696)
                             Sapientia Law Group, PLLC
                             120 South Sixth Street, Suite 100
                             Minneapolis, MN  55402
                             612-756-7108
                             kene@sapientialaw.com

                             ***Attorneys for Debtors***

4820-6711-9308, v. 1